B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)    Case Number **13−10996**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Louisiana

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/15/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office, or for registered PACER users at https://ecf.laeb.uscourts.gov. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Charles L Koviach
120 Firethorn Dr.
Gretna, LA 70056

| | |
|---|---|
| Case Number:<br>13−10996 Section B Office Code:   2 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other nos:<br>xxx−xx−1825 |
| Attorney for Debtor(s) (name and address):<br>William H. Daume<br>116 Terry Parkway<br>Suite E<br>Terrytown, LA 70056<br>Telephone number: (504) 366−1219 | United States Trustee (name and address):   Henry G. Hobbs<br>400 Poydras Street, Suite 2110<br>New Orleans, LA 70130   Telephone number: (504) 589−4018<br><br>Bankruptcy Trustee (name and address):<br>Aaron E. Caillouet<br>526 Green Street<br>Thibodaux, LA 70301<br>Telephone number: (985) 446−1284 |

## Meeting of Creditors

Date: **May 23, 2013**    Time: **10:30 AM**
Location: **F. Edward Hebert Federal Bldg, #111, 600 S. Maestri Street, New Orleans, LA 70130**
Debtor(s) must provide picture identification and proof of social security number to the trustee. Debtor(s) must inform the court of any change of address as long as this case or any related adversary proceeding is pending. B. R. 4002. Failure to do so may result in dismissal of the case.

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
*See additional information on the reverse side.*

Parties must file by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:** 7/22/13
**Objections to Exemptions:**   Thirty (30) days after the *conclusion* of the meeting of creditors.
**Financial Management Course:**   Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management (Form 23) for individual chapter 7 debtor due 60 days after first date set for the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>United States Bankruptcy Court<br>Eastern District of Louisiana<br>Hale Boggs Federal Building<br>500 Poydras Street, Suite B−601<br>New Orleans, LA 70130<br>   Telephone number: (504) 589−7878 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Brian Richoux, Acting Clerk of Court |
| Hours Open: Monday − Friday 8:30 AM − 4:30 PM | Date: 4/15/13 |

## EXPLANATIONS          B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.<br>At the meeting, the trustee may give oral notice of an intention to abandon estate property. |
| **NOTICE** | **FAILURE OF A DEBTOR TO ATTEND THE MEETING OF CREDITORS IS GROUNDS FOR IMMEDIATE DISMISSAL OF THIS BANKRUPTCY CASE BY THE COURT, WITHOUT FURTHER NOTICE TO THE DEBTOR, CREDITORS OR PARTIES OF INTEREST.** |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | This district has electronic filing. All documents may be viewed at the bankruptcy clerk's office at the address listed on the front side. Registered PACER users may also view the documents at https://ecf.laeb.uscourts.gov. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

```
                              United States Bankruptcy Court
                                Eastern District of Louisiana
In re:                                                         Case No. 13-10996-JAB
Charles L Koviach                                              Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 053L-2          User: admin                  Page 1 of 2               Date Rcvd: Apr 16, 2013
                              Form ID: b9a                 Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2013.
db           +Charles L Koviach,    120 Firethorn Dr.,    Gretna, LA 70056-7848
tr           +Aaron E. Caillouet,    526 Green Street,    Thibodaux, LA 70301-3222
smg           Collector of Revenue,    City of New Orleans,    City Hall Annex,    New Orleans, LA  70112
smg           Delinquent Accounts Unit,    La. Department of Labor,    Office of Regulatory Services,
               P.O. Box 44127,    Baton Rouge, LA 70804-4127
smg           Louisiana Department of Revenue,    Collection Division/Bankruptcy Section,   P. O. Box 66658,
               Baton Rouge, LA 70896-6658
smg           U. S. Attorney's Office,    Eastern District of Louisiana,   650 Poydras Street,   Suite 1600,
               New Orleans, LA 70130-7212
3103949       ASCAP,    21678 Network Place,    Chicago, LA 60673-1216
3103950      +AT&T,    Bay Area Credit Service, LLC,    PO Box 468449,    Atlanta, GA 31146-8449
3103948       American Coradius International LLC,    Bill Me Later,    2420 Sweet Home Rd., Ste. 150,
               Amhurst, NY 14228-2244
3103952      +CAP1/BSTBY,    PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
3103953      +CHASE,    10790 RANCHO BERNARDO RD,    SAN DIEGO, CA 92127-5705
3103954       Cox Business -New Orleans,    PO Box 61027,    New Orleans, LA 70161-1027
3103956      +GE Capital,    Court Pra Recovery,    PO Box 12914,    Norwolk, VA 23541-0914
3103960      +Metairie Properties,    PO Box 55242,    Metairie, LA 70055-5242
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: whdaume@aol.com Apr 16 2013 19:31:55     William H. Daume,   116 Terry Parkway,
               Suite E,    Terrytown, LA  70056
ust          +E-mail/Text: ustpregion05.nr.ecf@usdoj.gov Apr 16 2013 19:36:11      Office of the U.S. Trustee,
               400 Poydras Street,    Suite 2110,    New Orleans, LA 70130-3238
3103951      +EDI: BANKAMER2.COM Apr 16 2013 19:23:00     BANK OF AMERICA, N.A.,   201 N TRYON ST,
               CHARLOTTE, NC 28202-1331
3103955       EDI: DISCOVER.COM Apr 16 2013 19:23:00     Discover Fin,   POB 15316,
               Wilmington, Delaware 19850
3103959      +EDI: RESURGENT.COM Apr 16 2013 19:23:00     LVNV FUNDING,   P.O. BOX 10584,
               GREENVILLE, SC 29603-0584
3103961      +EDI: AMSOUTH.COM Apr 16 2013 19:23:00     REGIONS BANKCARD,   2050 PARKWAY OFFICE CIR,
               HOOVER, AL 35244-1805
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3103958       Chicago, IL 60654
3103957       John C. Bonewicz,   Attorney at Law,    350 N. Orleans St., Ste. 300
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 18, 2013**                **Signature:** *Joseph Speetjens*

```
District/off: 053L-2          User: admin              Page 2 of 2              Date Rcvd: Apr 16, 2013
                              Form ID: b9a             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2013 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0